JDPA

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 SEP -2 PM 1:35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case Number: _____ |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 21, U.S.C., Sections 952 and 960(a) |
| LOPEZ-Rodriguez, Antonio ) | Importation of a Controlled Substance and |
| Cervando ) | Possession of a Controlled Substance |
| ) | |
| ) | |
| Defendant, ) | '08 MJ 2698 |
| ) | |
| _____ ) | |

The undersigned complaint being duly sworn states:

On or about Septemper 2, 2008, within the Southern District of California, Antonio Cervando LOPEZ-Rodriguez, did knowingly and intentionally import approximately 253.53 pounds (115 kilograms) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960(a).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Special Agent
U.S. Immigration and Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF September, 2008.

_____
MAGISTRATE JUDGE

DOA    09/02/08

## STATEMENT OF FACTS

On September 2, 2008, at approximately 0211 hours, Antonio Cervando LOPEZ-Rodriguez entered the United States from the Republic of Mexico via the San Ysidro, California, Port of Entry in a 1979 Plymouth van bearing California license plates 129YPY. LOPEZ was the driver and sole occupant of the vehicle at the time he entered the United States. LOPEZ gave two negative declarations and told the United States Customs and Border Protection Officer (CBPO) that he was going to work in Chula Vista, California. LOPEZ stated he was the registered owner of the vehicle and provided a vehicle registration bearing his name as proof of ownership. LOPEZ presented his lawfully issued Resident Alien Card (Form I-551).

The inspecting officer noticed LOPEZ displaying signs of nervousness while breathing heavily and avoiding eye contact. The inspecting officer noticed the vehicle driven by LOPEZ had what appeared to be a space discrepancy in the roof and elected to refer the LOPEZ and the vehicle to secondary inspection.

In secondary, an inspection of the vehicle conducted by a United States Customs and Border Protection Officer resulted in the discovery of 56 packages of a substance concealed within the roof of the vehicle. A random sample of one of the packages field-tested positive for the presence of marijuana. The total weight of the packages containing marijuana was approximately 253.53 pounds (115 kilograms).

Immigration and Customs Enforcement Special Agents (SA) Francisco Bernal and Andres Ruiz interviewed LOPEZ at the San Ysidro Port of Entry. . During a videotaped proceeding, LOPEZ was advised of his Miranda rights. LOPEZ acknowledged his rights and agreed to answer questions without benefit of counsel. During a subsequent interview, LOPEZ admitted knowledge of the marijuana found concealed in the roof of the vehicle. LOPEZ stated he was the registered owner of the vehicle. LOPEZ stated he was going to be paid $1800 USD to deliver the vehicle with the concealed marijuana to an unknown male San Clemente, California.